Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR POSTEL FAMILY CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARLES JAY BAGGETT. | § | CASE NO. 12-70057-hdh-13 |
| | § | |
| KELLY DAWN BAGGETT, | § | |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE, SUBSTITUTION, AND REQUEST FOR NOTICES**

The undersigned, Hank Rugeley, represents Postel Family Credit Union, a party in interest in this case, and hereby submits this Notice of Appearance in the place of Kent Bowersock who no longer represents Postel Family Credit Union.

Pursuant to Rules 2002(g) and (i), 4001, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that he be added to all mailing lists and matrixes in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

Hank Rugeley, Esquire
Davison Rugeley, L.L.P.
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
hankrugeley@sbcglobal.net

This notice of appearance and request for notices is submitted for the purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request

for notices, Postel Family Credit Union is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Postel Family Credit Union expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Postel Family Credit Union may be a party.

        Respectfully submitted,

        **DAVISON RUGELEY, L.L.P.**
        900 Eighth Street, Suite 1102
        P. O. Drawer 99
        Wichita Falls, Texas 76307
        (940) 766-1388
        (940) 766-5396 – FAX

        By: */s/ Hank Rugeley*
            Hank Rugeley
            State Bar No. 17382900

        ATTORNEYS FOR POSTEL FAMILY
        CREDIT UNION

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, a true and correct copy of the foregoing was served on all parties of record via ECF or first class mail as follows:

| | |
|---|---|
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, Texas 76301 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242-1496 |
| Walter O'Cheskey<br>Chapter 13 Trustee<br>6308 Iola Avenue<br>Lubbock, Texas 79424 | |

        */s/ Hank Rugeley*
        Hank Rugeley

P:\HLR\Postel\16009.046 - Baggett\Pleadings\Notice of Appearance2.wpd